

```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
 8                        SOUTHERN DISTRICT OF CALIFORNIA
 9   UNITED STATES OF AMERICA,            )  Criminal Case No. 07CR1408-WQH
                                          )
10                 Plaintiff,             )
                                          )
11         v.                             )  PROTECTIVE ORDER
                                          )
12   ANDRES CHAVEZ-CHAVEZ (1),            )
     DAVID CHAVEZ-CHAVEZ(2),              )
13   JOEL CHAVEZ-CHAVEZ(3),               )
     PATRICIA MENDEZ-LOPEZ (4),           )
14   MIGUEL SANDOVAL-VALENCIA (6),        )
           aka Miguel Angel Manriquez,    )
15   LUIS SANDOVAL-VALENCIA (7),          )
           aka Alberto Zantana-Garcia,    )
16   CARLOS PEREZ (8),                    )
     RICARDO MADRIGAL (9),                )
17   ISMAEL PENA (10),                    )
     TERESA HERMOSILLO (11),              )
18   RUBY ARELLANO (12),                  )
     ROSA ARELLANO (13),                  )
19   RUBEN HERNANDEZ-ROMERO (14),         )
           aka Efren Torres,              )
20   SALVADOR OJEDA-AMARILLAS (15),       )
     GERARDO CASANOVA (16),               )
21   JOAQUIN BUCIO-RODRIGUEZ (17)         )
           aka Arturo Ramirez-Hernandez,  )
22   SALVADOR CHAVEZ-CHAVEZ (18),         )
     JULIO LUA-CHAVEZ (19)                )
23         aka Miguel Lua-Chavez,         )
                                          )
24                 Defendants.            )
                                          )
25   _____)
26         Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial
27   discovery, and to prevent premature and unwarranted disclosure of evidence to potential targets,
28   subjects, witnesses, and unrelated third parties,
```

FILED
AUG 24 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

IT IS HEREBY ORDERED that the defendants, their counsel of record, and their assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, including all wiretap documents, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorneys assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendants, their counsel and their assistants, shall not disclose the substance of any discovery material produced to the defendants or obtained by the Government from the defendants, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

Except that nothing contained herein shall prevent the Government, or any defendant or their counsel, from disclosing such discovery material to any other attorneys working for the Government, the defendants or their counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

Further, nothing contained herein shall preclude the Government, defendants or their counsel, or their respective assistants from conducting an investigation of the facts of this case on behalf of the Government or said defendants, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendants or their counsel, or their respective assistants, obtain prior permission of this Court.

1  Should counsel withdraw or be disqualified from participation in this case, any material
2  received and any copies derived therefrom, shall be returned to the Government within ten (10) days.
3  Defense counsel and the Government shall be required to communicate the substance of this
4  order and explain it to their clients and assistants before disclosing the substance of the discovery
5  to their clients or assistants.
6  SO ORDERED.

7
8  DATED: 8/24/07.                    _____
                                       HONORABLE WILLIAM Q. HAYES
9                                      United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | I hereby consent to the entry of the attached protective order in Criminal Case No.
2 | 07CR1408-WQH.

4 | DATED: August 23, 2007 | /S/ MICHAEL J. CROWLEY
MICHAEL J. CROWLEY
Assistant United States Attorney

6 | DATED: August 23, 2007 | /S/ TIMOTHY F. SALEL
TIMOTHY F. SALEL
Assistant United States Attorney

8 | DATED: August 23, 2007 | /S/ RUSSELL SHERIDAN BABCOCK
RUSSELL SHERIDAN BABCOCK
Attorney for Andres Chavez-Chavez (1)

10 | DATED: August 23, 2007 | /S/GREGORY D. OBENAUER
GREGORY D. OBENAUER
Attorney for David Chavez-Chavez (2)

12 | DATED: August 23, 2007 | /S/ STEPHEN W. PETERSON
STEPHEN W. PETERSON
Attorney for Joel Chavez-Chavez (3)

14 | DATED: August 23, 2007 | /S/ MICHAEL L. CROWLEY
MICHAEL L. CROWLEY
Attorney for Patricia Mendez-Lopez (4)

16 | DATED: August 23, 2007 | /S/ MARY A. FRANKLIN
MARY A. FRANKLIN
Attorney for Miguel Sandoval-Valencia (6)

18 | DATED: August 23, 2007 | /S/ MAHIR T. SHERIF
MAHIR T. SHERIF
Attorney for Luis Sandoval-Valencia (7)

20 | DATED: August 23, 2007 | /S/ MARC X. CARLOS
MARC X. CARLOS
Attorney for Carlos Perez (8)

22 | DATED: August 23, 2007 | /S/ JAN E. RONIS
JAN E. RONIS
Attorney for Ricardo Madrigal (9)

24 | DATED: August 23, 2007 | /S/ HOWARD B. FRANK
HOWARD B. FRANK
Attorney for Ismael Pena (10)

26 | DATED: August 23, 2007 | /S/ BARBARA M. DONOVAN
BARBARA M. DONOVAN
Attorney for Teresa Hermosillo (11)

| | | |
|---|---|---|
| 1 | DATED: <u>August 23, 2007</u> | <u>/S/ DONOVAN J. DUNNION</u><br>DONOVAN J. DUNNION<br>Attorney for Ruby Arellano (12) and<br>Rosa Arellano (13) |
| 4 | DATED: <u>August 23, 2007</u> | <u>/S/ PAUL D. TURNER</u><br>PAUL D. TURNER<br>Attorney for Ruben Hernandez-Romero (14) |
| 6 | DATED: <u>August 23, 2007</u> | <u>/S/ DEBRA TORRES-REYES</u><br>DEBRA TORRES-REYES<br>Attorney for Salvador Ojeda-Amarillas (15) |
| 8 | DATED: <u>August 23, 2007</u> | <u>/S/ ROBERT E. SCHROTH, SR.</u><br>ROBERT E. SCHROTH, SR.<br>Attorney for Gerardo Casanova (16) |
| 10 | DATED: <u>August 23, 2007</u> | <u>/S/ ELIZABETH A. MISSAKIAN</u><br>ELIZABETH A. MISSAKIAN<br>Attorney for Joaquin Bucio-Rodriguez (17) |
| 12 | DATED: <u>August 23, 2007</u> | <u>/S/ JOHN C. LEMON</u><br>JOHN C. LEMON<br>Attorney for Salvador Chavez-Chavez (18) |
| 14 | DATED: <u>August 23, 2007</u> | <u>/S/ ADAM M. RUBEN</u><br>ADAM M. RUBEN<br>Attorney for Julio Lua-Chavez (19) |