# NOT FOR PUBLIC VIEW   FILED

08 MAR 14 PM 3: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: **07CR1408-WQH-15** |
| Plaintiff, | ) **EX PARTE** |
| | ) **ORDER AUTHORIZING** |
| vs. | ) **EXTRAORDINARY** |
| | ) **INVESTIGATOR FEES AND** |
| SALVADOR OJEDA-AMARILLES | ) **ORDER PERMITTING** |
| (15), | ) **SUBMISSION OF INTERIM** |
| | ) **BILLING** |
| Defendant. | ) |
| | ) |

On reading the EX PARTE application for extraordinary investigator fees

and permitting submission of interim billing and good cause appearing therefore:

**IT IS HEREBY ORDERED** that extraordinary investigative fees are

authorized to be paid, if necessary, to the private investigator in connection with

this matter in the sum of $4,125.00

**IT IS FURTHER ORDERED** that the private investigator be allowed to

submit interim billing.

Dated: 3/14/08

Honorable William Q. Hayes
United States District Court Judge

- 1 -

ORDER FOR EXTRAORDINARY INVESTIGATOR FEES
U.S. v. OJEDA-AMARILLES (15)
07-CR-1408-WQH-15