**NOT FOR PUBLIC VIEW**

FILED
08 MAR 14 PM 3: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07CR1408-WQH-15 |
| Plaintiff, | EX PARTE ORDER AUTHORIZING EXTRAORDINARY LAW CLERK FEES AND ORDER PERMITTING SUBMISSION OF INTERIM BILLING |
| vs. | |
| SALVADOR OJEDA-AMARILLES (15), | |
| Defendant. | |

On reading the EX PARTE application for extraordinary law clerk fees and permitting submission of interim billing and good cause appearing therefore:

**IT IS HEREBY ORDERED** that extraordinary law clerk fees are authorized to be paid, if necessary, to the paralegal in connection with this matter in the sum of $2,625.00

**IT IS FURTHER ORDERED** that the law clerk be allowed to submit interim billing.

Dated: 3/14/08

_____
Honorable William Q. Hayes
United States District Court Judge

- 1 -

ORDER FOR EXTRAORDINARY LAW CLERK FEES
U.S. v. OJEDA-AMARILLES (15)
07-CR-1408-WQH-15