**NOT FOR PUBLIC VIEW**

FILED
08 MAR 14 PM 3:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SALVADOR OJEDA-AMARILLES (15),<br><br>　　　　Defendant. | Case No.: 07CR1408-WQH-15<br><br>EX PARTE ORDER AUTHORIZING EXTRAORDINARY INTERPRETER FEES AND ORDER PERMITTING SUBMISSION OF INTERIM BILLING |

On reading the EX PARTE application for extraordinary interpreter fees and permitting submission of interim billing and good cause appearing therefore:

**IT IS HEREBY ORDERED** that extraordinary interpreter fees are authorized to be paid, if necessary, to the Spanish language interpreter in connection with this matter in the sum of $3,375.00

**IT IS FURTHER ORDERED** that the interpreter be allowed to submit interim billing.

Dated: 3/14/08

_____
Honorable William Q. Hayes
United States District Court Judge

- 1 -

ORDER FOR EXTRAORDINARY INTERPRETER FEES
U.S. v. OJEDA-AMARILLES (15)
07-CR-1408-WQH-15